RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE _____ II _____ 6 _____ 06 _____
BY _____ Dm _____

# United States District Court
## Western District of Louisiana

UNITED STATES OF AMERICA

v.

KEITH DION BRISKER
(Defendant's Name)

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)

Criminal Number:03-50112-04

USM Number:12000-035

Billy J. Guin, Jr.
Defendant's Attorney

## THE DEFENDANT:

[✓]   admitted guilt to allegations listed in the Petition filed by the Probation Office on July 12, 2006. The Court finds that in accordance with the U.S. Sentencing Guidelines Manual, the defendant has committed at least one Grade C violation of his supervised probation. Accordingly, the three-year term of supervised probation ordered on May 24, 2004 is hereby revoked.

The defendant is sentenced as provided on page _2_ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

COPY SENT:
DATE: 11/6/06
BY: Dm
TO: USM, 3 cert.
USP

November 2, 2006
Date of Imposition of Sentence

Signature of Judicial Officer

DONALD E. WALTER. United States District Judge
Name & Title of Judicial Officer

11/3/06
Date

DEFENDANT:    KEITH DION BRISKER
CASE NUMBER:    03-50112-04

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 9 months with credit for time served since the date of the detainer .

[ ]    The court makes the following recommendations to the Bureau of Prisons:

[✓]    The defendant is remanded to the custody of the United States Marshal.

[ ]    The defendant shall surrender to the United States Marshal for this district:
    [ ] at ___ [] a.m.   [] p.m.  on ___.
    [ ] as notified by the United States Marshal.

[ ]    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
    [ ] before 2 p.m. on ___.
    [ ] as notified by the United States Marshal.
    [ ] as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on_____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL